Exhibit C

OCT **NOV** DEC (/WEB/2011121
◀ **10** ▶ (/web/201112101
2010 **2011** 2012 (/web/2012112

10 captures
(/web/20111110063221*/http://www.dynatrap.com/dt2000xl.php)
(/web/) ()



close



## SIZE MATTERS

With over 1 full acre of coverage, the DT2000XL is designed for heavy duty insect control. Enjoy the outdoors more often with the DT2000XL.

- No expensive attractant or propane necessary
- Easy to install and whisper-quiet
- Smokeless – pesticide and odor free
- Indoor and outdoor use
- Operate 24 hours a day, 7 days a week
- Provides over 1 acre coverage for pest control
- Durable, all weather construction
- 1 year warranty
- Standard colors come in Black and Hunter Green. Custom colors are also available. *Minimum quantities required.*

## A BIGGER DESIGN FOR A BIGGER CATCH

Just like the other Dynatrap models, the Dynatrap DT2000XL attracts and captures all flying insects, including moths, flies, gnats and mosquitoes. However, the DT2000XL is twice as big as the DT1000 and DT1100, has brighter bulbs, and a more powerful fan. There is also a protective screen between the bulbs and the fan, and a damper that closes when the trap is turned off to prevent the insects from escaping.

The Dynatrap is equally suitable for large areas which require heavy duty insect prevention and for small yards patios. For heavy duty insect control, nothing is more powerful and effective than the DT2000XL.



Size Comparison

DT2000XL    DT1100

## TECHNICAL INFORMATION

Two UV light bulbs (6 watts ea.) - approx. 4,000 hours (included)

Cleaning brush

7 ft. cord - 115 VAC (plugs into AC)

Range: 1 acre

Size: 22" H x 13" Diam.

Weight: (9 lbs.)

## FAQS PAGE

Visit the FAQ page to learn more about the Dynatrap including installation tips, how to replace the light bulb, maintenance advice, and more.



(/web/20111110063221/http://www.dynatrap.com/faqs-dt2000xl.php)

## ASSEMBLY INSTRUCTIONS

Watch video to learn how to assemble the DT2000XL.





**How it works**
Learn how the Dynatrap works.
(/web/20111110063221/http://www.dynatrap.com/...)



**Light bulbs**
Find replacement UV bulbs.
(/web/20111110063221/http://www.dynatrap.com/...)



**Insect tips**
Simple steps for an insect-free home.
(/web/20111110063221/http://www.dynatrap.com/insect-control.php)



**View manuals**
Download and view owners manuals.
(/web/20111110063221/http://www.dynatrap.com/...)

| Why Dynatrap | Dynatrap Products | My Dynatrap | Purchase | Contact Us |

| How it works (/web/20111110063221/http://www.dynatrap.com/howitworks.php) | DT250IN - Indoors (/web/20111110063221/http://www.dynatrap.com/dt250in.php) | Dynatrap TV (/web/20111110063221/http://www.dynatrap.com/tv.php) | Buy online (/web/20111110063221/http://shop.dynatrap.com) | 1-877-403-8727 (TRAP) Contact page (/web/20111110063221/http://www.dynatrap.com/contact.php) |
|---|---|---|---|---|
| Testimonials (/web/20111110063221/http://www.dynatrap.com/testimonials.php) | DT500IN - Indoors (/web/20111110063221/http://www.dynatrap.com/dt500in.php) | Tips for pest control (/web/20111110063221/http://www.dynatrap.com/pestcontrol.php) | Find a retailer (/web/20111110063221/http://www.dynatrap.com/findaretailer.php) | Email: retailerorders@dsw-llc.com |
| | DT1000 - Outdoors (/web/20111110063221/http://www.dynatrap.com/dt1000.php) | Owners manuals (/web/20111110063221/http://www.dynatrap.com/manuals.php) | | Privacy policy () |
| | DT1100 - Outdoors (/web/20111110063221/http://www.dynatrap.com/dt1100.php) | Find replacement parts (/web/20111110063221/http://www.dynatrap.com/replacementparts.php) | | |
| | DT1200 - Outdoors (/web/20111110063221/http://www.dynatrap.com/dt1200.php) | FAQs (/web/20111110063221/http://www.dynatrap.com/faq.php) | | |
| | DT2000XL - Heavy Duty (/web/20111110063221/http://www.dynatrap.com/dt2000xl.php) | | | |

©2011 Dynamic Solutions Worldwide, LLC. All rights reserved.   Find us on Facebook (/web/20111110063221/http://www.facebook.com/dynatrap?sk=app_204771812903617)
 Follow us on Twitter (/web/20111110063221/http://twitter.com/dynatrap)   Contact Us (/web/20111110063221/http://www.dynatrap.com/contact.php)   Phone: 1 (877) 403-8727