# Exhibit D



# OWNER'S MANUAL
# FLYING INSECT TRAP
**MODEL: DT2000XL**

Thank you for purchasing the DYNATRAP®XL flying insect trap!



# IMPORTANT SAFETY INSTRUCTIONS

**WARNING**, When using electric appliances, basic precautions should always be followed, including the following:
— To disconnect, turn all controls to the off ("O") position, then remove plug from outlet.
— Unplug from outlet when not in use and before servicing or cleaning.
— To reduce the risk of electrical shock, do not put appliance in water or other liquid.
— This appliance is provided with double insulation. Use only identical replacement parts.
   See instructions for Servicing of Double-Insulated Appliances.

## INSTRUCTIONS FOR DOUBLE-INSULATED, CORD-CONNECTED APPLIANCES:

In a double-insulated appliance, two systems of insulation are provided instead of grounding. No grounding means is provided on a double-insulated appliance, nor should a means for grounding be added to the appliance. Servicing of a double-insulated appliance requires extreme care and knowledge of the system, and should be done only by qualified service personnel. Replacement parts for a double-insulated appliance must be identical to those parts in the appliance.

## IMPORTANT SAFETY INSTRUCTIONS

Please read these instructions before using the DYNATRAP® Insect Trap and keep for future reference.
1. Always turn unit off and disconnect plug before servicing, cleaning, or changing bulb.
2. Do not position the unit near heat, gas, oil or other flammable materials.
3. Place product out of reach from children.
4. Never operate this product if it has a damaged cord or plug, if it is not working properly, if it has been dropped or damaged, or if it has been dropped into water.
5. This product is equipped with 2-conductor cord and 2-prong polarized plug as a safety feature. This plug will fit in a polarized outlet only one way. If the plug does not fully fit in the outlet, then reverse the plug. If it still does not fit, then contact a qualified electrician. To reduce the risk of electrical shock, only plug into a properly installed outlet. Do not attempt to defeat this safety feature.
6. Do not insert fingers or any foreign objects into the unit while it is connected to an electrical outlet.
7. Collected insects within the unit may contribute to fire, so clean insects from the unit frequently.
8. Do not clean this product with water spray. Do not place where it can fall into water, or near flammable materials.
9. Do not touch fan while in motion.
10. Do not abuse cord—never carry or hang unit by cord or yank it to disconnect from receptacle. Keep cord away from heat, oil, or sharp edges.
11. Extension cords used with this product must be marked with suffix letters "W-A" and with a tag stating "Suitable for Use with Outdoor Appliances".
12. Use only extension cords that have plug and receptacles that match the product plug. Replace or repair damaged cords.

## INSTALLATION

1. Unpack unit. Save carton for off-season storage.
2. If hanging or mounting the unit place approximately 5-6 feet above floor/ground level for optimal catch rate and easy access for cleaning.
3. Plug cord into an outdoor outlet or UL listed extension cord as described in "IMPORTANT SAFETY INSTRUCTIONS".
4. For best catch results leave unit on at all times, except when cleaning or servicing.
5. Catch rate activity will be higher at night. For best catch results it is recommended to place unit away from other competing light sources.

## CLEANING

Frequent cleaning will prolong the life of the unit, insure fire prevention and provide for more efficient operation.
1. Be sure to clean the unit at least once a week.
2. Switch the unit off and unplug before cleaning.
3. For weekly cleaning, remove the net and clear any build up from the inside of the trap with a brush.

## REPLACING BULBS

Light bulbs life expectancy is approximately 5,000 hours (or about 6 months), and should be replaced alter that time has passed in order to maintain optimal UV effectiveness. Even though the bulb's light may be visible to you, it's ability to attract insects diminishes over time.
1. Turn power switch to "off" position, UNPLUG UNIT, and allow bulbs to cool before replacing.
2. Carefully turn bulb counterclockwise and then pull bulb straight out.
3. Locate and inset the new bulbs into sockets, carefully turn clockwise, and make sure the prongs of the bulb are seated properly.

Replacement bulbs (6-watt fluorescent bulbs) can be found of your local retailer or can be ordered directly from **DYNAMIC**. by calling 1-877-403-TRAP (8727) or visiting www.dynatrap.com

## HOW THE DYNATRAP®XL INSECT TRAP WORKS

Flying insects are attracted to the unit by the light along with the $CO_2$ that is generated by the photo-catalysis between the UV lamps and the $TiO_2$ coat, and then the fan pulls the insects into the net, trapping them until they dehydrate and die. The screened base can be removed, so you can periodically empty the contents into the trash. The screen allows you to see what's trapped in the compartment, alerting you when the net needs to be emptied.



HOOK FOR HANGING (OPTIONAL)

$TiO_2$ MIRRORED COATED SURFACE

2 UV LAMPS

ON/OFF SWITCH

PROTECTIVE SCREEN

POWERFUL YET QUIET FAN(INSIDE)

RETAINING CAGE

AUTOMATIC DAMPER CLOSES WHEN TURNED OFF PREVENTING LIVE INSECTS FROM ESCAPING.

## TROUBLESHOOTING

| Problem: | Possible cause: | Correction: |
|---|---|---|
| Bulbs do not illuminate and fan does not spin. | 1. No electrical power | 1. Check plug and receptacle and fuse or circuit breaker.<br>2. Check to make sure power is switched to the "on" position. |
| Bulb illuminates, but fan does not spin. | 1. Shorted fan | 1. UNPLUG UNIT: Examine fan to see that it is free from foreign material, dirt or build-up of dead insects. Clean unit as in "CLEANING" section. |
| Fan spins, but bulb does not illuminate | 1. Bulb not seated properly<br>2. Burnt out bulb | 1. Check all sockets for proper bulb seating and alignment.<br>2. Replace bulb if needed following instructions under "Replacing Bulbs". |

## LIMITED WARRANTY

**DYNAMIC. warranties to the original purchaser that this product is free from defective materials and workmanship. This warranty is limited to remedy any defective part for a period of one year from date of original date of purchase. Retain your original receipt as proof of purchase. This warranty does not apply to the light bulb, nor to, in our judgment, misuse or abuse. If this unit has been altered, no warranty is in force. This warranty does not apply if this unit is purchased outside the United States, excluding Canada and Mexico. In no case shall DYNAMIC. be liable for any accidental, punitive, consequential, or any other damages of any kind for breach of this or any other warranty, expressed or implied, whatsoever. Some states do not allow limitation on how long an implied warranty lasts, so the above limitation or exclusion may not apply to you. This warranty gives you specific legal rights, and you may also have other rights that vary from state to state.**

## PARTS & ACCESSORIES AVAILABLE

**PART       DESCRIPTION**
**32050**     6-Watt Replacement Fluorescent Bulbs (2 pieces)



**Dynamic Solutions Worldwide, LLC**
**12247 Fairview Ave.**
**Milwaukee, WI 53226**
**Phone: 414-431-2819**
**Fax: 414-453-9975**
**Toll free: 1-877-403-TRAP (8727)**
Or visit us online at www.dynatrap.com

EPA Est. No. 087837-WI-001
EPA Est. No. 086034-CHN-001

©2011 DSW-LLC

# SAVE THESE INSTRUCTIONS